

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00388-CV

## IN THE INTEREST OF C.P. AND C.P., CHILDREN

**From the County Court at Law No. 1
Brazos County, Texas
Trial Court No. 16-001603-CV-CCL1**

## MEMORANDUM OPINION

Norman Pelletier appealed from the trial court's Order in Suit Affecting the Parent-Child Relationship entered on October 24, 2017. In a letter dated April 12, 2018, this Court notified Appellant that the appeal would proceed on the clerk's record alone because Appellant had not paid or made arrangements to pay for the reporter's record. The letter informed Appellant that the brief was due 30 days from the date of the letter. Appellant did not file a brief. By letter dated May 25, 2018, this Court notified Appellant that the appeal was subject to dismissal for want of prosecution if a brief or response showing grounds for continuing the appeal was not filed within 21 days from the date of the letter. More than 21 days have passed, and no response has been filed. Accordingly, this appeal is dismissed. TEX. R. APP. P. 42.3(b).

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed June 27, 2018
[CV06]

